BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 435 -- IN RE LITIGATION INVOLVING THE STATE OF IRAN (ISLAMIC REPUBLIC OF IRAN) (NO. II)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL -8 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

ORDER*

Presently before the Panel are motions, pursuant to 28 U.S.C. §1407, to centralize groupings of the 191 actions listed on the attached Schedule A in a single district for coordinated or consolidated pretrial proceedings. Nearly 150 of these actions were among the 157 actions before the Panel in In re Litigation Involving the State of Iran (Islamic Republic of Iran), MDL-425 (J.P.M.L. May 7, 1980) (unpublished order). The Panel determined to deny transfer in MDL-425, but its decision was entered "without prejudice to the right of any party to move for transfer of any subgroup of actions [included in MDL-425] and/or additional actions, provided that a properly substantiated showing of compliance with the Section 1407 criteria is made." In apparent response to the MDL-425 order, different proponents of centralized pretrial proceedings have suggested many groupings ranging from two actions pending in two districts to 178 actions pending in eighteen districts.

Upon careful consideration of the voluminous papers filed and the arguments of counsel at the hearing held, we find that the issues raised in the matter now before the Panel are virtually the same as those before the Panel when it denied transfer in MDL-425; and movants have failed to offer any distinctions that would warrant transferring any of the actions currently before us.

Accordingly, the Panel finds that no party advocating transfer of any purported subgrouping has met its burden of demonstrating that the actions proposed in any subgrouping involve a sufficient number of common questions of fact to justify their transfer to a single district for centralized pretrial proceedings. Furthermore, we find that transfer of any or all of the actions before us to a single district under Section 1407 would not promote the just and efficient conduct of the litigation or serve the convenience of the parties and witnesses.

IT IS THEREFORE ORDERED that the motions for transfer, pursuant to 28 U.S.C. §1407, pertaining to actions listed on the attached Schedule A be, and the same hereby are, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judges Roy W. Harper, Edward S. Northrop and Frederick A. Daugherty took no part in the decision of this matter.

## SCHEDULE A

### MDL NO. 435 -- IN RE LITIGATION INVOLVING THE STATE OF IRAN (ISLAMIC REPUBLIC OF IRAN) (NO. II)

| | | |
|---|---|---|
| Blount Bros. Corp., et al. v. Govt. of Iran | Cal.,C | 79-04987 |
| Dames & Moore v. Atomic Energy Organization of Iran, et al. | Cal.,C | 79 04918 |
| Daniel, Mann, Johnson & Mendenhall v. Imperial Govt. of Iran, et al. | Cal.,C | 80-277-LEW |
| First Nat'l Bank of Chicago v. Govt. and State of Iran, et al. | Cal.,C | 79-4750 |
| Hawaiian Agronomics Co. v. Govt. of Iran, et al. | Cal.,C | 79-4875 |
| Hood Corp. v. Islamic Republic of Iran | Cal.,C | 80-0175 |
| Lockheed Corp. v. Govt. of Iran, et al. | Cal.,C | 79-4697 |
| Security Pacific Nat'l Bank v. The Govt. and State of Iran, et al. | Cal.,C | 79-4661 |
| Tchacosh Co., et al. v. Govt. of Iran, et al. | Cal.,C | 79-4932 |
| Touche Ross & Co. v. Islamic Republic of Iran | Cal.,C | CV80-0128 |
| United California Bank v. Islamic Republic of Iran, et al. | Cal.,C | 79-04690 |
| William L. Pereira Assoc., Iran v. Govt. of Iran, et al. | Cal.,C | 79-4789 |
| Computer Sciences Corp. v. Govt. of Iran, et al. | Cal.,C | 80-570-LTL |
| Hoffman Export Corp. v. Govt. of Iran | Cal.,C | 80-524-RJK |
| VSI Corp. v. Govt. of Iran, et al. | Cal.,C | 80-591-RJK |
| Santa Fe International Corp., et al. v. The National Iranian Oil Co., et al. | Cal.,C | C79-4780 |

| | | |
|---|---|---|
| Bank of America Nat'l Trust & Savings Assn. v. State of Iran | Cal.,N | C79-3646 |
| Blount Bros. Corp., et al. v. Govt. of Iran, et al. | Cal.,N | C79-3892 |
| Crocker Nat'l Bank v. Bank Melli Iran, et al. | Cal.,N | C79-3555 |
| Granger Assoc. v. Islamic Republic of Iran | Cal.,N | C80-0169 |
| Mellon Bank, N.A. v. State of Iran, et al. | Cal.,N | C80-0019 |
| Mellon International Finance Corp. v. State of Iran, et al. | Cal.,N | C80-0018 |
| T.C.S.B., Inc. v. Islamic Republic of Iran, et al. | Cal.,N | C80-0101 |
| Watkins Johnson Co., et al. v. Islamic Republic of Iran | Cal.,N | C79-3963 |
| Wells Fargo Bank, N.A. v. Polyacryl Iran Corp., et al. | Cal.,N | C-79 3554 |
| Citibank, N.A. v. State of Iran, et al | Cal.,N | C79-3542 |
| Frederick S. Wyle, et al. v. Bank Melli of Tehran, et al. | Cal.,N | C80-1131-SW |
| Equibank v. Bank Pars, et al. | Cal.,N | C79-3772 |
| Linen, Fortinberry & Associates, Inc. v. Islamic Republic of Iran, et al. | Conn. | B79-505 |
| Aeromaritime, Inc. v. Islamic Republic of Iran, et al. | D.C. | 80-0476 |
| Aeromaritime, Inc. v. Islamic Republic of Iran, et al. | D.C. | 80-0477 |
| American International Group, Inc., et al. v. Islamic Republic of Iran, et al. | D.C. | 79-3298 |
| Blount Bros. Corp., et al. v. Govt. of Iran, et al. | D.C. | 79-3376 |

| Case | Court | Docket |
|---|---|---|
| Cabot International Capital Corp. v. Govt. of Iran, et al. | D.C. | 79-3448 |
| T.C.S.B., Inc. v. Islamic Republic of Iran, et al. | D.C. | 79-3395 |
| United States Filter Corp., et al. v. Islamic Republic of Iran, et al. | D.C. | 79-3449 |
| American Bell Intern'l, Inc. v. Islamic Rep. of Iran, et al. | D.C. | 80-321 |
| American Housing Intern'l, Inc. v. Govt. of Iran, et al. | D.C. | 80-0796 |
| Harza Engineering Company Intern'l v. Islamic Rep. of Iran, et al. | D.C. | 80-1032 |
| The Stanwick Corp., et al. v. Islamic Rep. of Iran, et al. | D.C. | 80-0852 |
| Touche Ross & Co. v. Islamic Rep. of Iran | D.C. | 80-502 |
| National Airmotive Corp. v. Govt. and State of Iran, et al. | D.C. | 80-711 |
| Henry Morris v. Iran Arab Bank, et al | D.C. | 80-0795 |
| Security Pacific Nat'l Bank v. Govt. and State of Iran, et al. | D.C. | 80-922 |
| Harris Corp., et al. v. The State of Iran, et al. | Fla.,M | 80-23-ORL |
| Roy O. Allen, et al. v. Islamic Republic of Iran, et al. | Ill.,N | 79-C-5263 |
| Blount Bros. Corp., et al. v. Govt. of Iran, et al. | Ill.,N | 79-C-5431 |
| Chicago Bridge & Iron Co. v. National Iranian Oil Co., et al. | Ill.,N | 79-C5411 |
| Security Pacific Nat'l Bank v. Govt. and State of Iran, et al. | Ill.,N | 79-C-5206 |
| Webber Marking Systems, Inc. v. E.I. Du Pont de Nemours & Co., et al. | Ill.,N | 79 C-4712 |
| Reliable Electric Co. v. Continental Illinois Nat'l Bank & Trust Co. of Chicago | Ill.,N | 80 C 2084 |

| Case | District | Docket No. |
|---|---|---|
| Blount Brothers Corp., et al. v. The Govt. of Iran, et al. | La.,E | 79-5094 |
| The First Nat'l Bank of Chicago, et al. v. Agricultural Development Bank of Iran, et al. | La.,E | 79-5099 |
| Harnischfeger Corp., etc. v. The Ministry of Roads & Transportation | La.,E | 80-0089 |
| Badger America, Inc. v. Industrial Development & Renovation Organization, et al. | Mass | 79-2318-K |
| Chas. T. Main International, Inc. v. Khuzestan Water & Power Authority, et al. | Mass | 79-2304-C |
| ITEK Corp. v. The Govt. of Iran, et al. | Mass | 79-2383 |
| New England Merchants Nat'l Bank v. Iran Power Generation and Transmission Co.(TAVANIR), et al. | Mass | 79-2352 |
| Security Pacific Nat'l Bank v. Govt. and State of Iran, et al. | Mass | 79-2443 |
| I.T.P. Export Corp. v. The Islamic Republic of Iran, et al. | Mass | 80-870-Z |
| Itek Corp. v. The First National Bank of Boston, et al. | Mass. | 80-58 |
| Intern'l Schools Services, Inc. v. Govt. of Iran, et al. | N.J. | 80-277 |
| Intern'l Schools Services, Inc. v. Govt. of Iran, et al. | N.J. | 80-278 |
| Intern'l Schools Services, Inc. v. Govt. of Iran, et al. | N.J. | 80-279 |
| Air La Carte, Inc. v. Iran Nat'l Airlines Corp., et al. | N.Y.,E | 80 Civ 142 |
| Advanced Computer Techniques Corp. and Inter Act Corp. v. Information Systems Iran Organization of the Govt. of Iran, et al. | N.Y.,S | 80 Civ 0031 |
| American Express International Banking Corp. v. M. Rabim Mottaghi Irvani | N.Y.,S | 80 Civ 795 |

| Case | Court | Docket |
|---|---|---|
| American Express International Banking Corp. v. The State of Iran, et al. | N.Y.,S | 79 Civ 6429 |
| American International Group, Inc., et al. v. Islamic Republic of Iran | N.Y.,S | 79 Civ 6696 |
| American Security Bank, N.A., et al. v. Iranian's Bank, et al. | N.Y.,S | 79 Civ 6434 |
| Atlantic Richfield Co. v. Lavan Petroleum Co. | N.Y.,S | 79 Civ 6714 |
| Bankers Trust Co. v. State of Iran, et al. | N.Y.,S | 79 Civ 6376 |
| Blount Brothers Corp., et al. v. The Govt. of Iran, et al. | N.Y.,S | 79 Civ 6398 |
| Blount Brothers Corp. v. The Govt. of Iran, et al. | N.Y.,S | 79 Civ 6487 |
| Blount Brothers Corp. v. The Govt. of Iran, et al. | N.Y.,S | 79 Civ 6486 |
| Cabot International Capital Corp. v. Govt. of Iran, et al. | N.Y.,S | 80 Civ 0098 |
| Caviar & Fine Food, Inc. v. Pancaviar Corp. Pancaviar, S.A. v. Nat'l Iranian Fisheries, et al. | N.Y.,S | 79 Civ 6835 |
| Chas. T. Main International, Inc. v. Govt. of Iran, et al. | N.Y.,S | 79 Civ 6276 |
| Chase Manhattan Bank, N.A. v. The State of Iran, et al. | N.Y.,S | 79 Civ 6644 |
| Citibank, N.A. v. The State of Iran, et al. | N.Y.,S. | 79 Civ 6362 |
| Crocker National Bank v. Govt. of Iran, et al. | N.Y.,S | 79 Civ 6493 |
| Damodar Tanabe Bulk Carriers, Ltd. v. Govt. Trading Corp. of Tehran, Iran, et al. | N.Y.,S | 79 Civ 6758 |
| E.I. DuPont de Nemours & Co. v. The State of Iran, et al. | N.Y.,S | 79 Civ 6430 |
| Ensearch Service Co. of Iran v. National Iranian Oil Co. | N.Y.,S | 80 Civ 0560 |

| | | |
|---|---|---|
| European American Banking Corp., et al. v. Bank Bazargani Iran, et al. | N.Y.,S | 79 Civ 6316 |
| First Nat'l Bank of Boston v. Bank Sakhteman, et al. | N.Y.,S | 79 Civ 6414 |
| The First Nat'l Bank of Boston v. Khuzestan Water and Power Authority, et al. | N.Y.,S | 79 Civ 6621 |
| The First National Bank of Boston v. Hammadan Glass Co., et al. | N.Y.,S | 79 Civ 6620 |
| The First Nat'l Bank of Boston v. Iran Nat'l Airlines Corp., et al. | N.Y.,S | 79 Civ 6416 |
| The First Nat'l Bank of Boston v. Iranian's Bank, et al. | N.Y.,S | 79 Civ 6588 |
| The First Nat'l Bank of Boston v. Kashan Velvet & Rayon Mills, Ltd., et al. | N.Y.,S | 79 Civ 6587 |
| The First Nat'l Bank of Boston v. Mazandaran Textile Co., et al. | N.Y.,S | 79 Civ 6415 |
| The First Nat'l Bank of Boston v. Nat'l Petrochemical Co. of Iran | N.Y.,S | 79 Civ 6412 |
| The First Nat'l Bank of Chicago v. Agricultural Development Bank of Iran, et al. | N.Y.,S | 79 Civ 6331 |
| General Petrochemicals Corp. v. Govt. and State of Iran, et al. | N.Y.,S | 79 Civ 6709 |
| Girard Bank v. Bank Pars, et al. | N.Y.,S | 79 Civ 6440 |
| GTE International Inc., et al. v. Telecommunications Co. of Iran, et al. | N.Y.,S | 80 Civ 0933 |
| Hadley Shipping Co., Ltd. v. Govt. Trading Corp. of Tehran, Iran, et al. | N.Y.,S | 79 Civ 6840 |
| Halliburton, Ltd. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6485 |
| Houston Contracting Co. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6488 |

| Case | Court | Docket |
|---|---|---|
| Houston Contracting Co. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6489 |
| IMCO Services (U.K.), Ltd. v. Nat'l Iranian Oil Co. | N.Y.,S. | 79 Civ 6525 |
| Ingersoll-Rand Co. v. Nat'l Iranian Gas Co., et al. | N.Y.,S | 79 Civ 6867 |
| Irano-Reading & Bates S.S.K. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6831 |
| Irving Trust Co. v. The State of Iran, et al. | N.Y.,S | 79 Civ 6369 |
| Irving Trust Co. v. Bank Markazi | N.Y.,S | 80 Civ 0233 |
| ITEK Corp. v. Govt. of Iran, et al. | N.Y.,S | 79 Civ 6468 |
| John Doe v. Govt. of Iran, et al. | N.Y.,S | 79 Civ 6420 |
| John Doe II v. Govt. of Iran, et al. | N.Y.,S | 79 Civ 6852 |
| Lockheed Corp. v. Govt. of Iran, et al. | N.Y.,S | 79 Civ 6606 |
| Logos Development Corp. v. Information Systems Iran of the Islamic Republic of Iran | N.Y.,S | 80 Civ 0033 |
| Manufacturer's Hanover Trust Co. v. The State of Iran, et al. | N.Y.,S | 79 Civ 6512 |
| The Marschalk Co., Inc. v. Iran Nat'l Airlines Corp., et al. | N.Y.,S | 79 Civ 7035 |
| McCollough and Co., Inc. v. Govt. of Iran, et al. | N.Y.,S | 80 Civ 0406 |
| Mellon Bank, N.A. v. State of Iran, et al. | N.Y.,S | 79 Civ 6470 |
| Mellon International Finance Corp. v. State of Iran, et al. | N.Y.,S | 79 Civ 6860 |
| Morgan Guaranty Trust Co. of New York v. State of Iran, et al. | N.Y.,S | 79 Civ 6312 |
| New England Merchants Nat'l Bank v. Iran Power Generation & Transmission Co., et al. | N.Y.,S | 79 Civ 6380 |

| Case | Court | Docket |
|---|---|---|
| Northwestern Nat'l Bank of Minneapolis v. Bank of Tehran, et al. | N.Y.,S | 79 Civ 6467 |
| Offshore International, S.A., v. Iran Pan American Oil Co., et al. | N.Y.,S | 79 Civ 6483 |
| Otis Engineering Corp. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6484 |
| Reading & Bates Corp., et al. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 4421 |
| Reading & Bates v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6035 |
| Reading & Bates Drilling Co. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6034 |
| Republic Nat'l Bank of New York v. Bank of Tehran | N.Y.,S | 79 Civ 6371 |
| Seattle First Nat'l Bank v. Industrial Mining & Development Bank of Iran, et al. | N.Y.,S | 79 Civ 6497 |
| Security Pacific Nat'l Bank v. Govt. and State of Iran, et al. | N.Y.,S | 79 Civ 6461 |
| Sedco, Inc., etc. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6279 |
| Sedco International S.A. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6115 |
| Sediran Drilling Co. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6117 |
| Shawmut Bank of Boston v. State of Iran, et al. | N.Y.,S | 79 Civ 6749 |
| Shawmut Bank of Boston, N.A. v. State of Iran, et al. | N.Y.,S | 79 Civ 6748 |
| Starrett Housing Corp., et al. v. Govt. of Iran, et al. | N.Y.,S | 79 Civ 6364 |
| Syska & Hennessy, Inc. v. State of Iran | N.Y.,S | 79 Civ 6810 |
| Transportation Consultants International v. Iran Nat'l Airlines | N.Y.,S | 79 Civ 6508 |
| Trustees of Columbia Univeristy v. State of Iran, et al. | N.Y.,S | 80 Civ 0241 |

| Case | Court | Docket |
|---|---|---|
| Trade Development Bank v. Iranian Ministry of Energy, et al. | N.Y.,S | 80 Civ 1681 |
| Uiterwyk Corp. v. Govt. of Iran, et al. | N.Y.,S | 80 Civ 1520 |
| Westinghouse Electric Corp. v. The State of Iran, et al. | N.Y.,S | 80 Civ 989 |
| Williams Brothers Intern'l Corp. v. Nat'l Iranian Oil Co. | N.Y.,S | 80 Civ 1099 |
| Fidelity Union Trust Co. v. Development & Investment Bank of Iran | N.Y.,S | 80 Civ 1432 |
| S.A. Enterprises Jan De Nul and Dragomar S.P.A. v. Brown & Root Intern'l, Ltd., et al. | N.Y.,S | 80 Civ 0791 |
| Sea-Land Service, Inc. v. Govt. of Iran, et al. | N.Y.,S | 80 Civ 1097 |
| Seattle-First Nat'l Bank v. Bank Saderat Iran, et al. | N.Y.,S | 80 Civ 570 |
| Walter Kidde & Co., Inc. v. Govt of Iran, et al. | N.Y.,S | 80 Civ 1953 |
| Air La Carte, Inc. v. Iran National Airlines Corp., et al. | N.Y.,S | 80 Civ 1897 |
| Marine Midland Bank v. Bank Sepah, et al. | N.Y.,S | 80 Civ 615 |
| Rockwell International Systems, Inc. v. Mellon Bank, N.A., et al. | N.Y.,S | 80 Civ 1952 |
| Rockwell International Systems, Inc. v. Citibank, N.A., et al. | N.Y.,S | 80 Civ 2494 |
| Santa Fe International Corp., et al. v. The National Iranian Oil Co., et al. | N.Y.,S. | 79 Civ 6693 |
| Carolina Chandlers Corp. v. Arya Nat'l Shipping Lines, S.A., et al. | N.C.,E | 79-123-Civ-7 |
| John Doe I v. The Govt. of Iran, et al. | N.C.,M | C79-767WS |
| John Doe II v. Govt. of Iran, et al. | N.C.,M | C79-734WS |
| Girard Bank v. Bank Pars, et al. | Pa.,E | 80-1273 |
| Equibank v. Bank Pars, et al. | Pa.,W | 79-1781 |

| | | |
|---|---|---|
| United Virginia Bank v. Industrial Credit Bank of Iran, et al. | N.Y.,S | 79 Civ 6480 |
| Vetco, Inc., et al. v. State of Iran, et al. | N.Y.,S | 79 Civ 6933 |
| Walter J. Johnson, Inc. v. Govt. of Iran, et al. | N.Y.,S | 80 Civ 0078 |
| Wells Fargo Bank, N.A. v. Polyacryl Iran Corp., et al. | N.Y.,S. | 79 Civ 6475 |
| Westinghouse Electric Corp. v. State of Iran, et al. | N.Y.,S | 80 Civ 0838 |
| Williams Bros. International Corp. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6195 |
| Williams Bros. International Corp. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6196 |
| William L. Pereira Assoc. v. Imperial Medical Center of Iran, et al. | N.Y.,S | 80 Civ 0512 |
| Chemical Bank v. The Govt. of Iran, et al. | N.Y.,S | 79 Civ 6344 |
| The First Nat'l Bank of Boston v. Industrial & Mining Development Bank of Iran, et al. | N.Y.,S | 79 Civ 6413 |
| Sediran Drilling Co. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6116 |
| Compagnie Francaise de Prospection v. Nat'l Iranian Oil Co. | N.Y.,S | 80 Civ 1920 |
| Herman Blum Consulting Engineers, Inc. v. Islamic Rep. of Iran, et al. | N.Y.,S | 80 Civ 2360 |
| Offshore Intern'l, S.A. v. Nat'l Iranian Oil Co. | N.Y.,S | 80 Civ 1744 |
| Republic Nat'l Bank of New York v. Gicafuor Inc., et al. | N.Y.,S | 80 Civ 1680 |
| Republic Nat'l Bank of New York, et al. v. Nat'l Iranian Gas Co., et al. | N.Y.,S | 80 Civ 1679 |

| | | |
|---|---|---|
| Continental Mechanical of the Middle East, Ltd., et al. v. Iran Electronics Industries, et al. | Tex.,N | 3-79-1534-D |
| E-Systems, Inc. v. Islamic Republic of Iran, et al. | Tex.,N | CA3-79-1487G |
| Herman Blum Consulting Engineers, Inc. v. Iran Electronics Industries, et al. | Tex.,N | 3-80-0025-F |
| ITEK Corp. v. E-Systems, Inc., et al. | Tex.,N | CA3-79-1492 |
| TAI, Inc. v. Islamic Republic of Iran, et al. | Tex.,N | CA3-79-1500 |
| Philadelphia Nat'l Bank, et al. v. E-Systems, Inc. | Tex.,N | CA3-79-1509 |
| Philadelphia Nat'l Bank, et al. v. Islamic Rep. of Iran, et al. | Tex.,N | CA3-80-279-C |
| Blount Brothers Corp., et al. v. Govt. of Iran, et al. | Tex.,S | H79-2608 |
| Highlands Insurance Co. v. Bemeh Melli Insurance Co., et al. | Tex.S | H-79-1739 |
| S.A. Enterprises, Jan De Nul Dragomar S.P.A. v. Brown & Root Intl., et al. | Tex.,S. | H-80-131 |
| Bankers Trust Co. v. State of Iran, et al. | Wash.,W | C79-1420 |
| Blount Bros. Corp., et al. v. The Govt. of Iran, et al. | Wash.,W | C79-1442-V |
| Dames & Moore v. Atomic Energy Organization of Iran, et al. | Wash.,W | C 80 113-S |
| McCollough and Co., Inc. v. Govt. of Iran, et al. | Wash.,W | C80-21T |
| United States Filter Corp., et al. v. Islamic Republic of Iran, et al. | Wash.,W | C79-574T |

| | |
|---|---|
| First Chicago International Banking Corp. v. Bank Omran, et al. | Wisc.,E 79-C-1002 |
| The First National Bank of Chicago v. Agricultural Development Bank of Iran, et al. | Wisc.,E 79-C-1010 |
| First Wisconsin Nat'l Bank of Milwaukee v. Islamic Republic of Iran, et al. | Wisc.,E 79-C-1001 |
| Security Pacific Nat'l Bank v. The Govt. and State of Iran, et al. | Wisc.,E 79-C-1047 |
| Starrett Housing Corp., et al. v. Govt. of Iran, et al. | Wisc.,E 79-C1011 |